PER CURIAM.
At issue in this case is Respondent convicted criminal defendant’s public record request of a videotape of his minor victim. At oral argument, the State represented, for the first time, that the videotape does not exist, and Respondent indicated there is no known basis to contest the State’s assertion of non-existence. Accordingly, because the case before this Court and previously before the Fifth District Court of Appeal is one that seeks an advisory opinion, the opinion by the Fifth District in Ingram v. State, 164 So.3d 676 (Fla. 5th DCA 2014), is hereby vacated, and this case is dismissed.
It is so ordered.
NO MOTION FOR REHEARING WILL BE ALLOWED.
LABARGA, C.J., and LEWIS, POLSTON, and PERRY, JJ., concur.
PARIENTE, J., concurs in result only with an opinion.
QUINCE, J., concurs in result.
CANADY, J., concurs in part and dissents in part with an opinion.